179 So.2d 15

**George L. CRAIN et al.**

**v.**

**C. Norman GRAVES.**

**No. 47901.**

Oct. 21, 1965.

In re: C. Norman Graves applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 177 So.2d 189.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

179 So.2d 15

**Mrs. Rosalea Hart HENDRICKS**

**v.**

**AMERICAN EMPLOYERS INSURANCE COMPANY.**

**No. 47902.**

Oct. 21, 1965.

In re: American Employers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Tensas. 176 So.2d 827.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

HAWTHORNE, McCALEB and SANDERS, JJ., are of the opinion that a writ should be granted.